IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHRISTOPHER A. THORNSBERRY                                    PLAINTIFF

v.                    No. 4:24-cv-538-DPM-ERE

BRIAN T. PERKINS, Sergeant,
Varner Supermax Unit;
ROOSEVELT G. BARDEN, Major,
Varner Supermax Unit; JAMES
GIBSON, Warden, Varner Supermax
Unit; BRANDON CARROLL,
Deputy Warden, Varner Supermax
Unit; KEITH L. WADDLE,
Disciplinary Hearing Officer, ADC;
and JUSTINE M. MINOR,
Disciplinary Hearing Judge, ADC                               DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Ervin's partial recommendation, *Doc. 9*, and overrules Thornsberry's objections, *Doc. 10*. Fed. R. Civ. P. 72(b)(3). Thornsberry's harassment claim against Sergeant Perkins and his due process claims against Officer Waddle and Hearing Judge Minor will be dismissed without prejudice. The Court instructs the Clerk to terminate Officer Waddle and Hearing Judge Minor as defendants. Thornsberry's retaliation claim against Sergeant Perkins and deliberate indifference claims

-2-

against Sergeant Perkins, Major Barden, Warden Gibson, and Deputy Warden Carroll go forward.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 September 2024