# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHRISTOPHER A. THORNSBERRY**
**ADC #169180**                                                              **PLAINTIFF**

**v.**                              **No. 4:24-cv-538-DPM**

**BRIAN T. PERKINS, Sergeant, Varner**
**Supermax Unit;  ROOSEVELT G.**
**BARDEN, Major, Varner Supermax Unit;**
**JAMES GIBSON, Warden, Varner**
**Supermax Unit;  BRANDON CARROLL,**
**Deputy Warden, Varner Supermax Unit;**
**KEITH L. WADDLE, Disciplinary Hearing**
**Officer, ADC;  and JUSTINE M. MINOR,**
**Disciplinary Hearing Judge, ADC**                          **DEFENDANTS**

## ORDER

Thornsberry says James Gibson violated the parties' settlement agreement.  He asks the Court to intervene.  The Court notes a similar motion in *Thornsberry v. Granville*, No. 2:24-cv-86-DPM, *Doc. 44*. The Court no longer has jurisdiction over this case.  Jurisdiction expired on 3 November 2025.  *Doc. 45*.  Motion, *Doc. 49*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

<u>9 March 2026</u>